**Haney KELLY v. STATE.**

**3 Div. 117.**

Supreme Court of Alabama.
May 16, 1935.

H. C. Rankin and A. B. Carter, Jr., both of Brewton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

There is no bill of exceptions in this case, and no error appearing upon the record proper, the judgment of the circuit court is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

**MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION v. J. E. JORDAN.**

**7 Div. 263.**

Supreme Court of Alabama.
May 22, 1935.

London, Yancey, Smith & Windham, of Birmingham, and Brewer Dixon, of Talladega, for appellant.

Harrison & Stringer, of Talladega, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

**STORY–BLOW LBR. CO. et al. v. W. S. STORY.**

**3 Div. 113.**

Supreme Court of Alabama.
May 7, 1935.

PER CURIAM.

Appeal dismissed by appellant.

**Gertrude WILLIAMS v. R. N. HARRIS,**
Adm'r, etc.

**8 Div. 658.**

Supreme Court of Alabama.
May 30, 1935.

PER CURIAM.

Appeal dismissed by appellant.

**Cora WILLIAMS v. SLOSS SHEFFIELD STEEL & IRON CO.**

**6 Div. 601.**

Supreme Court of Alabama.
May 7, 1935.

Perry & Powell, of Birmingham, and Jas. O. Tolbert, of Montgomery, for petitioner.

Bradley, Baldwin, All & White, of Birmingham, for respondent.

PER CURIAM.

Petition dismissed by petitioner.